the principal defense was self-defense, considering this with assignments of error properly presenting questions of procedure in the trial, not requiring extended discussion, it is the judgment of the Court that upon the whole record substantial justice requires that this defendant also be awarded a new trial.

Judgment reversed.

TAYLOR, C. J., AND WHITFLEID, ELLIS, BROWNE AND TERRELL, J. J., concur.

---

B. A. SHANLEY, *Plaintiff in Error*, v. E. C. YOUNG AND A. R. DANIELS, COPARTNERS AS YOUNG AND DANIELS, *Defendants in Error*.

Decision Filed August 2, 1923.

A Writ of Error to the Circuit Court for Orange County; C. O. Andrews, Judge.

*Dickinson & Dickinson*, for Plaintiff in Error;

No appearance for Defendants in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore,

considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

All concur.

---

REALTY SECURITIES CORPORATION, A CORPORATION, *Plaintiff in Error*, v. W. A. DICKINSON, *Defendant in Error.*

Decision Filed August 2, 1923.

This case was decided by Division B.

A Writ of Error to the Circuit Court for Dade County; H. Pierre Branning, Judge.

*Benson & Shipp* and *Edward B. Quinan*, for Plaintiff in Error;

No appearance for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.